1
2
3

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

4

| Blanca Bujanda, a single woman; | Case No.: 2:13-cv-00999-JWS |

Blanca Bujanda, a single woman;

5                     Plaintiff,                          **JUDGMENT**

6            vs.

7   Everyday English School, L.L.C., an
    Arizona Corporation; Lilia Romo and John
8   Doe Romo, husband and wife; Monica
    Espinoza, a single woman;
9
10                  Defendants.

11

12          THIS MATTER having come before the Court pursuant to Plaintiff's Complaint,

13   filed May 14, 2013, and Plaintiff's Motion for Default Judgment Against Defendants

14   Everyday English School, LLC, Lilia Romo, and Monica Espinoza, the Court having

15   considered all arguments, memoranda, and pleadings of record in this matter and finding

16   good cause therefor, enters judgment against Defendants Everyday English School,

17   L.L.C., Lilia Romo, and Monica Espinoza, makes the following findings and enters

18   judgments as follows:

19                             **<u>FINDINGS OF FACT</u>**

20          1.      Plaintiff filed her Complaint in this matter on May 14, 2013.

21          2.      Defendant Everyday English School, L.L.C., was served process by

22   delivering a copy of the Summons and Complaint to its statutory agent, Lilia Romo, on

23   May 16, 2013.

24

25

3.    Defendant Lilia Romo was personally served with process by delivering to her a copy of the Summons and Complaint on May 16, 2013.

4.    Defendant Monica Espinoza was personally served with process by delivering to her a copy of the Summons and Complaint on May 16, 2013.

5.    Plaintiff learned that Defendant John Doe Romo does not exist, and the fictional party was dismissed from the action on August 19, 2013.

6.    Defendants have not appeared in this matter, and Plaintiff sought Entry of Default on July 1, 2013.

7.    The Clerk of this Court entered default against each Defendant on July 2, 2013.

8.    Plaintiff has submitted a Motion for Default Judgment, supported by affidavit, showing her damages to be $13,135.00.

9.    Counsel for Plaintiff has submitted an affidavit in support of costs and attorney's fees in the amount of $10,197.50 and $636.80, respectively.

10.    The affidavits of Plaintiff and Counsel for Plaintiff are credible.

## CONCLUSIONS

THEREFORE, the Court hereby ORDERS, ADJUDGES, AND DECREES that Plaintiff shall take against Defendants, jointly and severally, damages as follows:

      i.    Unpaid wages in the amount of $4,305.00, trebled pursuant to A.R.S. § 23-355 to **$12,915.00**;

      ii.    Unpaid minimum wages in the amount of **$110.00**;

      iii.    Liquidated damages pursuant to the FLSA in the amount of **$110.00**;

iv.  Attorneys' fees pursuant to 29 U.S.C. § 216(b) in the amount of **$10,097.50**;

v.  Costs of this action in the amount of **$636.80**;

vi.  Prejudgment interest from February 26, 2012, at the legal rate of 4.25%, in the amount of **$899.30**;

vii.  Post-judgment interest at the legal rate established pursuant to 28 U.S.C. § 1961; and

viii.  Costs and attorneys' fees incurred in enforcing this Judgment.

DATED this 7th day of October 2013.

BY THE COURT

/s/ John W. Sedwick
United States District Judge